No. 85–6206. GAYDOS v. STRELECKI ET AL. Appeal from C. A. 3d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–498. ABERNATHY ET AL. v. SAN JOSE TEACHERS ASSN. Sup. Ct. Cal. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Teachers* v. *Hudson, ante,* p. 292.

No. 85–298. CONNOLLY v. BURT. C. A. 10th Cir. [Certiorari granted, 474 U. S. 1004.] Judgment vacated and case remanded to the Court of Appeals with directions that it instruct the United States District Court for the District of Colorado to dismiss the complaint as moot.

No. — – ——. ELMWOOD-UTICA HOUSES, INC. v. BUFFALO SEWER AUTHORITY. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. D–547. IN RE DISBARMENT OF MAGRUDER. It is ordered that R. Jack Magruder III, of Little Rock, Ark., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 85–701. FEDERAL ELECTION COMMISSION v. MASSACHUSETTS CITIZENS FOR LIFE, INC. C. A. 1st Cir. [Probable jurisdiction noted, 474 U. S. 1049.] Motion of Common Cause for leave to file a brief as *amicus curiae* granted.

No. 85–782. IMMIGRATION AND NATURALIZATION SERVICE v. CARDOZA-FONSECA. C. A. 9th Cir. [Certiorari granted, *ante,* p. 1009.] Motion of the Solicitor General to dispense with printing the joint appendix granted.